RECEIVED AND FILED

2016 JUL 28 PM 12 07

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: TERRI KNEPP

Debtor(s).

BK-04-10879-MKN
Chapter 7

MOTION TO WITHDRAW MONEY UNDER 28 U.S.C. SECTION 2042

Hearing Date:
Hearing Time:

There was a dividend check in the amount $ 351.78 in the above- named case issued to MIDLAND CREDIT MANAGEMENT. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

PLEASE CHECK THE PARAGRAPH THAT APPLIES:

[✓] Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

[ ] Claimant is not the creditor but is entitled to payment of these moneys because (Please state the basis for your claim to the moneys)

_____

_____

_____

_____

Please attach copies of any supporting documentation.[1]

Date: 7\19\16

*Cindy Litton*
Signature of Claimant or Attorney

CINDY LITTON
Printed Name

PO Box 2011

Warren, MI 48090

Mailing Address

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

---

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v) Attach other documents showing entitlement should none of the foregoing apply.

Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:  )
TERRI KNEPP  )   BK-04-10879-MKN
 )   Chapter 7
 )
 )
 )   AFFIDAVIT OF SERVICE
Debtor(s).  )
 )
_____)

Notice is hereby given to the court that on ___July 19th, 2016___, the U.S. Attorney for the District of Nevada was advised, via United States Mail, of the "Motion for Payment of Unclaimed Funds."

Date: __7/19/16__                                          Respectfully submitted,

                                                                  Cindy Letter

NVB 7067 (12/15)